1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8    UNITED STATES OF AMERICA,

9                          Plaintiff,                Case No. MJ22-412 MLP

10         v.                                        DETENTION ORDER

11    ABDUL QASIM RAY ZAHIR,

12                          Defendant.

13

14         Mr. Zahir is charged with unlawful possession of a firearm, 18 U.S.C. § 922(g)(1), and

15    unlawful possession of ammunition, 18 U.S.C. § 922(g)(1). The Court held a detention hearing

16    on September 2, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention

17    stated on the record and as hereafter set forth, finds:

18                    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

19         1.    Mr. Zahir stipulated to detention

20         2.    Upon advice of counsel, Mr. Zahir declined to be interviewed by Pretrial

21               Services. Therefore, there is limited information available about him.

22         3.    Mr. Zahir poses a risk of nonappearance due to pending charges, a history of

23               failure to appear, and criminal activity and other noncompliance while under

supervision. In addition, because Mr. Zahir was not interviewed, his background

and ties to this district are unknown.

4.     Mr. Zahir poses a risk of danger due to the nature of the instant offense, and a

history of weapons and violence.

5.     Based on these findings, and for the reasons stated on the record, there does not

appear to be any condition or combination of conditions that will reasonably

assure Mr. Zahir's appearance at future court hearings while addressing the

danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)    Mr. Zahir shall be detained pending trial, and committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2)    Mr. Zahir shall be afforded reasonable opportunity for private consultation with

counsel;

(3)    On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility in which Mr. Zahir is

confined shall deliver him to a United States Marshal for the purpose of an

appearance in connection with a court proceeding; and

//

//

DETENTION ORDER - 2

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Zahir, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of September, 2022.


MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3